No. 82, Misc.  HIGGINBOTHAM *v.* UNITED STATES CIVIL SERVICE COMMISSION.  C. A. 3d Cir.  Certiorari denied. *Paul A. Simmons* for petitioner.  *Solicitor General Cox, Assistant Attorney General Douglas, Sherman L. Cohn* and *Richard S. Salzman* for respondent.

No. 84, Misc.  CRAIN *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.  Petitioner *pro se*. *Waggoner Carr*, Attorney General of Texas, *Hawthorne Phillips*, First Assistant Attorney General, *T. B. Wright*, Executive Assistant Attorney General, and *Howard M. Fender* and *Charles B. Swanner*, Assistant Attorneys General, for respondent.

No. 86, Misc.  DALY *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied. *John J. Dwyer* and *Jean F. Dwyer* for petitioner.  *Solicitor General Cox* for the United States.

No. 88, Misc.  WEARS *v.* OHIO ET AL.  Sup. Ct. Ohio. Certiorari denied.

No. 89, Misc.  MONTGOMERY *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied. *Robert Welch Mullen* for petitioner.

No. 95, Misc.  WALTREUS *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied. *Morris Lavine* for petitioner.

No. 96, Misc.  STEENBERGEN *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied. *John R. Snively* for petitioner.